LAUREL I. HANDLEY (NV Bar # 9576)
REBECCA P. KERN (NV Bar # 9079)
**ALDRIDGE PITE, LLP**
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-mail: rkern@aldridgepite.com

Attorneys for Plaintiff, CITIMORTGAGE, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MDGGG TRUST; DOES 1 through 10 and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendant. | Case No. 2:15-cv-00154-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MDGGG TRUST'S RENEWED MOTION TO DISMISS** |

Plaintiff, CITIMORTGAGE, INC. ("CitiMortgage"), by and through its counsel of record, LAUREL I. HANDLEY, ESQ., and REBECCA P. KERN, ESQ., of ALDRIDGE PITE, LLP, and Defendant, MDGGG TRUST ("MDGGG"), by and through its counsel of record, PATRICK J. DAVIS, ESQ., of CHRISTENSEN, JAMES & MARTIN, CHTD., and hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that CitiMortgage's Opposition to MDGGG's Renewed Motion to Dismiss will be due on or before November 13, 2015.

/././

/././

/././

/././

/././

- 1 -
**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**

IT IS FURTHER STIPULATED that MDGGG's Reply to Opposition will be due on or before November 30, 2015.

DATED this 30 day of October, 2015.          DATED this 30 day of October, 2015.

ALDRIDGE PITE, LLP                            CHRISTENSEN, JAMES & MARTIN

_/s/_____                   _/s/_____
LAUREL I. HANDLEY, ESQ.                       PATRICK J. DAVIS, ESQ.
REBECCA P. KERN, ESQ.                         *Attorneys for Defendant,*
*Attorneys for Plaintiff,*                    *MDGGG TRUST*
*CITIMORTGAGE, INC.*

## ORDER

Based upon the stipulation between the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that CitiMortgage's Opposition to MDGGG's Renewed Motion to Dismiss will be due on or before November 13, 2015.

IT IS FURTHER ORDERED that MDGGG's Reply to Opposition will be due on or before November 30, 2015.

DATED this 2nd day of November, 2015.

_/s/ James C. Mahan_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

ALDRIDGE PITE, LLP

_/s/_____
LAUREL I. HANDLEY
REBECCA P. KERN
*Attorneys for Plaintiff,*
*CITIMORTGAGE, INC.*

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**