**CHRISTENSEN JAMES & MARTIN, CHTD.**
KEVIN B. CHRISTENSEN, ESQ. (175)
KEVIN B. ARCHIBALD, ESQ. (13817)
7440 West Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
Email: kbc@cjmlv.com
Email: kba@cjmlv.com
*Attorneys for Defendant MDGGG Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| CITIMORTGAGE, INC., | CASE NO. 2:15-cv-00154-JCM-VCF |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND SUBSTITUTE ATTORNEY** |
| MDGGG TRUST; DOES 1 through 10 and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendant. | |

**POINTS AND AUTHORITIES**

While the law firm of Christensen James and Martin, Chtd. ("Firm") remains counsel of record for Defendant MDGGG Trust, Patrick J. Davis, Esq. is no longer affiliated with the Firm. Therefore, Kevin B. Archibald, Esq. shall be substituted in for Patrick J. Davis. Thus, Patrick J. Davis needs to be removed from the Service List and Kevin B. Archibald added.

DATED this 19th day of July, 2016.

CHRISTENSEN JAMES & MARTIN, CHTD.

By: /s/Kevin B. Archibald
Kevin B. Archibald, Esq.
Nevada Bar No. 13817
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Email: kba@cjmlv.com
*Attorneys for Defendant MDGGG Trust*

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin, Chtd. On the 19th day of July, 2016, I caused a true and correct copy of the foregoing MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND SUBSTITUTE ATTORNEY to be served in the following manner:

☒    ELECTRONIC SERVICE:   Pursuant to Local Rule 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically served on all parties registered in the case through the Electronic Filing System, automatically generated by the Court.

☐    OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed on the attached service list at their last-known mailing address.

☐    UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address:

☐    FACSIMILE: By sending the above-referenced document via facsimile as follows:

☐    EMAIL:    By sending a copy of the document via email to the following:

CHRISTENSEN JAMES & MARTIN

By:   /s/ Natalie Saville
       Natalie Saville

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   7-19-2016