1  LAUREL I. HANDLEY (NV Bar # 9576)
   JORY C. GARABEDIAN NV Bar # 10352)
2  Aldridge | Pite, LLP
   520 South 4th Street, Suite 360
3  Las Vegas, NV 89101
   E-Mail: lhandley@aldridgepite.com
4  E-Mail: jgarabedian@aldridgepite.com

5  Attorneys for Plaintiff CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., | Case No. 2:15-CV-00154-JCM-VCF |
| Plaintiff, | |
| v. | |
| STONE CANYON SILVERADO HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; and MDGGG TRUST; DOES 1 through 10 and ROE CORPORATIONS 1 through 10, inclusive,, | **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND SUBSTITUTE ATTORNEY WITHIN FIRM** |
| Defendant. | |

COMES NOW Plaintiff CITIMORTGAGE, INC. ("CitiMortgage") by and through its attorneys of record, LAUREL I. HANDLEY, ESQ. and JORY C. GARABEDIAN, ESQ. of ALDRIDGE PITE, LLP, and moves this Court to Remove Rebecca P. Kern as counsel for CitiMortgage and substitute Jory C. Garabedian as attorney in her place.

/././
/././
/././
/ / /

MOTION TO SUBSTITUTE COUNSEL WITHIN FIRM         - 1 -

The attorneys of record for CitiMortgage have been Rebecca P. Kern, Esq. and Laurel I. Handley, Esq. However, Ms. Kern is no longer affiliated with the firm of Aldridge Pite, LLP. The law firm of Aldridge Pite, LLP and Laurel I. Handley, Esq. will continue to represent CitiMortgage in the current action. Consequently, Jory C. Garabedian, Esq. will be substituted in place of Ms. Kern, working with Laurel I. Handley, Esq. with regard to the representation of CitiMortgage.

Dated this 21st day of December, 2016.

ALDRIDGE PITE, LLP

*/s/ Laurel I. Handley*

---
LAUREL I. HANDLEY
JORY C. GARABEDIAN
Attorneys for Plaintiff
CITIMORTGAGE, INC.

IT IS SO ORDERED.

*[signature]*

---
UNITED STATES MAGISTRATE JUDGE
DATED: 12-28-2016

MOTION TO SUBSTITUTE COUNSEL WITHIN FIRM — - 2 -