James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CITIMORTGAGE, INC., | Case No. 2:15-CV-154 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| MDGGG TRUST, | |
| Defendant(s). | |

Presently before the court is *CitiMortgage, Inc. v. MDGGG Trust et al*, case number 2:15-cv-00154-JCM-VCF.

On February 3, 2017, defendant Alessi & Koenig filed a notice of bankruptcy. (ECF No. 74). On March 10, 2017, this court granted defendant MDGGG Trust's motion to dismiss. (ECF No. 75). The parties have not filed any documents with this court since April 19, 2017. The court orders the parties to file a joint status report indicating the status of plaintiff's claims against defendants and the status of defendant Alessi & Koenig's bankruptcy proceedings.

Accordingly,

IT IS HEREBY ORDERED that the parties shall, within twenty-one (21) days of the date of this order, file a joint status report or stipulation and order to dismiss. Failure to file a joint status report or stipulation and order to dismiss will result in dismissal of plaintiff's complaint for failure to prosecute.

DATED March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE