UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITIMORTGAGE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> MDGGG TRUST, <br><br> Defendant(s). | Case No. 2:15-CV-154 JCM (VCF) <br><br> ORDER |

Presently before the court is the matter of *CitiMortgage, Inc. v. MDGGG Trust*, case no. 2:15-cv-00154-JCM-VCF.

On February 12, 2018, the court stayed this action pending termination of defendant Alessi & Koenig's ("A & K") bankruptcy proceedings. However, on February 23, 2018, A & K filed a notice informing the court that it is no longer required to participate in these proceedings pursuant to an order of the United States Bankruptcy Court. (ECF No. 83).

On October 31, 2018, the court ordered plaintiff CitiMortgage, Inc. ("plaintiff") to show cause why A & K should not be dismissed from this action in light of A & K's notice. (ECF No. 85). In its response to the court's order to show cause, plaintiff informed the court that it had voluntarily dismissed A & K, and "[a]s such, the case can now proceed on CitiMortgage's remaining unjust enrichment claim. . ." (ECF No. 88 at 2).

Accordingly, plaintiff proposed that the remaining parties hold a Rule 26(f) conference "within 30 days" and submit a proposed discovery plan "within 14 days after the conference." *Id. See* Fed. R. Civ. P. 26(f).

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the parties shall initiate a Rule 26(f) conference within thirty (30) days of the date of this order. The parties shall submit to the court a proposed discovery plan within fourteen (14) days thereafter.

IT IS FURTHER ORDERED that the clerk shall lift the stay in the instant case.

DATED December 6, 2018.

_____
UNITED STATES DISTRICT JUDGE